USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

N.K. ON BEHALF OF C.K.,                  :         07 Civ. 9533 (SHS)

                Plaintiff,        :         ORDER FOR INITIAL
                                                   PRETRIAL CONFERENCE
    -against-                           :

NEW YORK CITY DEPT. OF EDUCATION,        :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes. Counsel for all parties are required to register promptly as filing users in accordance with the Procedures for Electronic Case Filing.

        Counsel are directed to appear in courtroom 23A on December 14, 2007, at 12:00 p.m. for an initial case management conference pursuant to Fed. R. Civ. P. 16. At that time, counsel for all parties must appear prepared to discuss the progress of the case and the scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

        Plaintiff's attorney shall send a copy of this Order to defendant's attorney.

        Attorneys are directed to consult the SDNY Procedures for Electronic Case Filing and Judge Stein's Individual Rules for matters assigned to him.

Dated: New York, New York
       October 31, 2007

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.

To:    Gary S. Mayerson, Esq.