Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S.SOUTHERN DIST. COURT    NEW YORK    COUNTY

------------------------------------------------

N.K.ON BEHALF OF C.K.                              plaintiff

                    - against -

NEW YORK CITY DEPARTMENT OF                        defendant
EDUCATION

------------------------------------------------

Index No. **07 CIV 9533**

Date Filed .............

Office No.

Court Date:    / /

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **29th** day of October, 2007    at  03:25 PM.,    at
   %**MICHAEL A.CARDOZO, ESQ. C.N.Y.LAW DEPT.**
   **100 CHURCH ST, 4TH FL.NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
      APP. AGE: **27**       APP. HT: **5:7**         APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
30th   day of  October, 2007n



SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA788720