


MICHAEL A. CARDOZO
*Corporation Counsel*

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHEVON A. BROOKS
212-788-0874
212-788-0877 (fax)

December 3, 2007

By Fax:
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re:  N.K., et ano v. New York City Dep't of Education
     Index No.: 07 CIV 9533

Dear Judge Stein:

  I am an Assistant Corporation Counsel with the New York City Law Department and represent defendant New York City Department of Education. I write to respectfully request that the Court grant all defendants an additional 45 days (until Monday, January 14, 2008) to respond to the complaint in this action in which Plaintiff seeks only an award of attorney's fees incurred in connection with a previous administrative proceeding. As the complaint was allegedly served on or about October 31, 2007, defendants were required to respond by November 19, 2007. I have communicated with Plaintiff's counsel, who consents to this request. No previous requests for an adjournment have been made. I also respectfully request that the Initial Pretrial Conference set for December 14, 2007 also be adjourned until Tuesday, January 15, 2008 *at 11 A.M.*

  The reason for this request is that additional time is needed for this office to investigate the allegations in the complaint and to determine the reasonableness of the attorney's fees Plaintiff seeks in his complaint. Additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

  Thank you for your consideration.

SO ORDERED 12/4/07

SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

Chevon Andre Brooks, Esq. (CB 1616)
Assistant Corporation Counsel

CC  Gary S. Mayerson (GSM8413)
    Mayerson & Associates
    Attorneys for Plaintiff
    330 West 38th Street, Suite 600
    New York, New York 10018