

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHEVON A. BROOKS
212-788-0874
212-788-0377 (fax)

January 10, 2008

By Fax:
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

      Re:    N.K., et ano v. New York City Dep't of Education
              Index No.: 07 CIV 9533

Dear Judge Stein:

       I am an Assistant Corporation Counsel with the New York City Law Department assigned to represent defendant New York City Department of Education in this action, in which Plaintiff seeks only an award of attorneys' fees incurred in connection with a previous administrative proceeding. I write to respectfully request that the Court grant defendant an additional 30 days (until Friday, February 14, 2008) to respond to the complaint. This is the second request for an adjournment. An extension of time was previously granted on or about December 4, 2007. I have communicated with Plaintiff's counsel, who consents to this request. Both parties also respectfully request that the Initial Pretrial Conference set for January 18, 2008 also be adjourned until Friday, February 15, 2008, at 11:00 a.m.

       The reason for this request is that this office is still awaiting documentation from Plaintiff's attorney which will allow defendant the opportunity to properly investigate the allegations in the complaint and to evaluate the reasonableness of the attorneys' fees Plaintiff seeks in his complaint. Additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

       Thank you for your consideration.

SO ORDERED 1/14/08

SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

Chevon Andre Brooks, Esq. (CB 1616)

                                                    Assistant Corporation Counsel

CC    Gary S. Mayerson (GSM8413)
       Mayerson & Associates
       Attorneys for Plaintiff
       330 West 38th Street, Suite 600
       New York, New York 10018