


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

212-788-0877 (fax)

February 12, 2008

By Fax:
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

   Re: N.K., et ano v. New York City Dep't of Education
      Index No.: 07 CIV 9533

Dear Judge Stein:

   I am the Assistant Corporation Counsel with the New York City Law Department assigned to represent defendant New York City Department of Education in this action, in which Plaintiffs seek only an award of attorneys' fees incurred in connection with a previous administrative proceeding. I write to respectfully request that the Court grant an adjournment of the Initial Pretrial Conference currently scheduled for Friday, February 15, 2008 at 11 a.m. until Tuesday, March 4, 2008. I have communicated with Plaintiffs' counsel, who consents to this request.

   The reason for this request is that I have recently been selected for jury duty in Bronx County on Thursday, February 14, 2008 and cannot assure that those proceeding will end prior to our scheduled conference. Further, additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

   Thank you for your consideration.

                  Respectfully submitted,

                  Chevon Andre Brooks, Esq. (CB 1616)
                  Assistant Corporation Counsel

CC   Gary S. Mayerson (GSM8413)
     Mayerson & Associates
     Attorneys for Plaintiff
     330 West 38th Street, Suite 600
     New York, New York 10018