USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

N.K., on behalf of C.K.,                :       07 Civ. 9533 (SHS)

               Plaintiff,       :

     -against-                       :       ORDER

NEW YORK CITY DEPT. OF EDUCATION,       :

               Defendant.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present, and the parties having notified the Court that this action has been settled,

     IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
      March 4, 2008

                                     SO ORDERED:

                                     Sidney H. Stein, U.S.D.J.