

RECEIVED APR 7 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**Mayerson & Associates**
330 West 38th Street, Suite 600
New York, New York 10018

mayerslaw.com

GARY S. MAYERSON * ♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: ADMIN@MAYERSLAW.COM

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

April 7, 2008

**VIA FACSIMILE**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

**MEMO ENDORSED**

Re: <u>N.K. et al. v. New York City Dept. of Education</u>
07 CV 9533 (SHS)(JCF)

Dear Judge Stein:

I am plaintiffs' lead counsel in the above-referenced case. I am writing on behalf of plaintiffs to respectfully inform the Court that the parties have yet to successfully reach a full settlement of this action, although proposed drafts have been exchanged.

We have every expectation and hope that this matter will be settled in the near future. However, we must proceed in an abundance of caution. We cannot risk our client's claims being dismissed. Accordingly, plaintiffs request that this matter be reinstated.

Sincerely,

Gary S. Mayerson

Cc: Chevon Brooks, Esq.

*The time in which the parties may reopen this case is extended to June 13, 2008.*

SO ORDERED 4/7/08

SIDNEY H. STEIN
U.S.D.J.