UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE ATTORNEYS' FEES CONSOLIDATED       :
CASES                                    :
                                         :
This Document Relates to:                :
                                         :
ALL ACTIONS                              :
                                         :
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

MASTER FILE
07 Civ. 8640 (DLC)

ORDER

DENISE COTE, District Judge:

At an initial pretrial conference April 10, 2008, held in
M.M. on behalf of D.M. v. Department of Education of the City of
New York, No. 07 Civ. 8640 (DLC), the parties agreed that that
action was the first-filed of several related actions, assigned
to various judges of this Court but sharing common issues of law
possibly ripe for collective resolution (the "related actions").
An Order dated April 10, 2008, directed the parties to provide
the Court, by April 25, with a letter outlining the universe of
related actions, the common issues of which the parties
requested this Court to resolve.  The April 10 Order also
directed the defendant to file, no later than May 30, 2008, a
"motion on the common issues among no more than five of the
related actions."

The parties did not provide the Court with the requested
letter on April 25; thus, an Order of May 7, 2008, directed that
all related actions filed by June 27, 2008, the date defendant's

motion was to be fully submitted, would be automatically

consolidated for pretrial purposes and for resolution of the

common issues.  An Order of June 10, 2008, has consolidated the

related actions under this caption.

The Court's docket reflects that the defendant has not

filed the motion referred to in the April 10 Order.

Accordingly, it is hereby

ORDERED that the defendant show cause on or before June 13,

2008, at noon, why the plaintiffs' applications in the related

actions should not be granted in full.  Defendant should make

its submission in writing, by letter no longer than two pages.

SO ORDERED.

Dated:    New York, New York
          June 10, 2008

                                        DENISE COTE
                              United States District Judge